UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA DIPRIMA<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN RECOVERY SERVICE INC.<br><br>Defendant. | Case No.:  20cv1283-LAB (BGS)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a notice of voluntary dismissal with prejudice. (Docket no. 8.) Defendant has not answered or filed a motion for summary judgment.  Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated:  October 5, 2020

_____
Honorable Larry Alan Burns
Chief United States District Judge